PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Petition for Warrant or Summons for Offender under Supervision

Name of Offender:  Rayan Brooke Wolf          Case Number:   0868 1:17CR00104

Name of Sentencing Judicial Officer:   Daniel L. Hovland, Chief U.S. District Court Judge

Date of Original Sentence:  April 16, 2018

Original Offense:       Theft from an Indian Tribal Organization

Original Sentence:      Time served, 1 year supervised release

Type of Supervision: TSR           Date Supervision Commenced:  4/16/2018

Asst. U.S. Attorney: Jonathan J. O'Konek          Defense Attorney: Ryan Costello

### PETITIONING THE COURT

☒   To issue a warrant

☐   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
| --- | --- |
| 1) | The offender has failed to report for scheduled drug testing on numerous occasions. This is in violation of special condition number eight. |
| 2) | On December 7, 2018, the offender submitted a urine sample for drug testing, which was confirmed by Alere Lab to have been diluted. This is in violation of special condition number eight. |
| 3) | On November 15, 2018, the offender submitted a urine sample which tested positive for opiates. After the test results were known to her, Ms. Wolf admitted to ingesting opiates on several occasions. This is in violation of special condition number six. |
| 4) | The offender was referred to North Central Human Services (NCHS) for substance abuse treatment which began on December 13, 2018. On January 7, 2019, NCHS advised the undersigned the offender had missed three of the four scheduled sessions in December 2018. This is in violation of special condition number seven. |

PROB 12C
(Rev. 2/13)
Wolf, Rayan
0868 1:17CR00104

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued for the arrest of Ms. Rayan Wolf.

☒   The term of supervision should be:

  ☒   Revoked.

  ☐   Extended for _____ years, for a total term of _____ years.

☐   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>January 28, 2019</u>

/s/ Terry L. Gunville
U.S. Probation Officer

---

THE COURT ORDERS:

☐   No Action.
☑   The Issuance of a Warrant/Matter Sealed Pending Arrest.
☐   The Issuance of a Summons.
☐   Other

_____
Signature of Judicial Officer

<u>January 28, 2019</u>
Date